```
 1  ROBERT F. EPSTEIN (SBN 154373)
    RAGGHIANTI  FREITAS
 2  A  Limited Liability Partnership
    874 Fourth Street, Suite D
 3  San Rafael, CA  94901
    Telephone: (415) 453-9433
 4  Facsimile (415) 453-8269
 5
    Attorneys for Plaintiffs
 6  GERRY RAMSEY and CAROLE RAMSEY
 7
```

### UNITED STATES DISTRICT COURT FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY RAMSEY and CAROLE RAMSEY,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>RITE AID CORPORATION, and DOES 1 to 20, inclusive,<br><br>　　　　　　Defendants. | Case No.  C 05-02167<br><br>**(PROPOSED) ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT AND REMANDING ACTION TO MARIN COUNTY SUPERIOR COURT**<br><br>Date:  September 9, 2005<br>Time:  9:00 a.m.<br>Courtroom:  7, 19th Floor<br>Judge: Honorable Maxine M. Chesney |

　　　Before the Court is ^~~On September 9, 2005, this matter came regularly before the Court for hearing of~~ plaintiffs' motion for order granting leave to file first amended complaint and remanding this action to the Marin County Superior Court.  ~~Robert F. Epstein, Esq. appeared on behalf of plaintiffs.  Annemarie M. Liermann, Esq. appeared on behalf of defendant RITE AID CORPORATION.~~

　　　The Court hereby makes the following findings and order:

1  WHEREAS, plaintiffs GERRY RAMSEY and CAROLE RAMSEY filed this action
2  in the Superior Court of the State of California, County of Marin, on April 5, 2005;
3  WHEREAS, this is a personal injury action arising from a negligently filled
4  pharmacy prescription;
5  WHEREAS, plaintiffs' original complaint contained specific allegations against
6  "Doe 1", the pharmacist who filled the prescription in question;
7  WHEREAS, defendant RITE AID CORPORATION ("Rite Aid") served notice of
8  removal of this action on May 26, 2005;
9  WHEREAS, on July 19, 2005, Rite Aid notified plaintiffs of the identity (JAMES
10 FOSTER STRENKOFSKY) and residence (Marin County, California) of the pharmacist
11 whom plaintiffs had sued as "Doe 1"; and
12 WHEREAS, amendment of the complaint to substitute Mr. Strenkofsky in place of
13 the previously fictitiously named defendant Doe 1 and remand of this action to the Marin
14 County Superior Court is supported by the law, policy, and factors set forth in Federal
15 Rule of Civil Procedure 15(a), Title 28 United States Code section 1447(e), ~~and~~ <u>Righetti</u>
16 <u>v. Shell Oil Co.</u> (N.D. Cal. 1989) 711 F.Supp. 531, and Newcombe v. Adolf Coors Co., 157 F.3d 686, 691 (9th Cir. 1998).
17 NOW, THEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:
18 1. That ~~plaintiffs may file their~~ ^the Clerk of this Court shall file the First Amended Complaint, a copy of which is
19 attached hereto; and
20 2. After the First Amended Complaint is filed by the Clerk of this Court, that
21 this action be REMANDED to the Superior Court of the State of California, County of
22 Marin.
23
24 DATED:  August 19, 2005                    _____
25                                              Honorable Maxine M. Chesney
                                               Judge of the United States District Court
26
27
28

2
(~~PROPOSED~~) ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT AND REMANDING ACTION TO MARIN COUNTY SUPERIOR COURT